UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

HENRY LEE SMITH et al,

        Plaintiffs,        Case No. 1:17-cv-285

v.        Honorable Paul L. Maloney

DIANE WASHINGTON et al.,        **ORDER TO FILE AMENDED COMPLAINT**

        Defendants.
_____/

This is a civil rights action brought by several state prisoner pursuant to 42 U.S.C. § 1983. The Court has previously dismissed Plaintiffs Cromer and Jackson for failing to pay their portion of the filing fee and Plaintiff Perry for failing to either submit the documents necessary to apply to proceed *in forma pauperis* or pay the filing fee. (Orders, ECF No. 16, 17.) All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiffs have failed to file their complaint on the requisite form. If the remaining Plaintiffs wish to proceed with his action, they must carefully fill out the form and submit it to the Court. The Court directs the Clerk to send to lead Plaintiff Smith a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiffs shall submit an amended complaint by filing their complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiffs intend to sue and all of the claims that Plaintiffs intend to raise. The case number shown above must appear on the front page of the amended complaint. If Plaintiffs fail to submit an amended complaint in proper form within the time allowed, the complaint may be dismissed without prejudice by the Court.

        **IT IS SO ORDERED**.

Dated:  July 25, 2017        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge