UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY LEE SMITH et al,

        Plaintiffs,                Case No. 1:17-cv-285

v.                                       Honorable Paul L. Maloney

DIANE WASHINGTON et al.,

        Defendants.
_____/

## ORDER REGARDING AMENDED COMPLAINT

This is a civil rights action brought by several state prisoners pursuant to 42 U.S.C. § 1983. The Court has previously dismissed Plaintiffs Cromer and Jackson for failing to pay their portion of the filing fee and Plaintiff Perry for failing to either submit the documents necessary to apply to proceed *in forma pauperis* or pay the filing fee. (Orders, ECF No. 16, 17.) By order entered July 25, 2017 (ECF No. 19), the Court directed Plaintiffs to file an amended pleading on the form required for prisoner civil rights actions under 42 U.S.C. § 1983. Plaintiff Smith promptly responded with an amended complaint (ECF No. 20). The amended complaint, although not on the required form, roughly tracks the information required by the form. The complaint, however, was signed only by Plaintiff Smith. The case may proceed with only Plaintiff Smith; however, if the remaining Plaintiffs Turner, Flakes, Sardin, and Madlock, wish to continue as Plaintiffs in this action, each must also sign the complaint. Plaintiffs have fourteen days to submit the amended complaint signed by each Plaintiff that wishes to continue with the action.

      **IT IS SO ORDERED**.

Dated: August 29, 2017               /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge